| | |
|---|---|
| United States of America, § § **Government Collection** § Plaintiff, § § vs. § Civil Action _____ § (CDCS: 2024A52285) Tracy Griffith, Sr. and Shonell Griffith, § § Defendants. § | |

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States of America,  §
                          §   **Government Collection**
    Plaintiff,            §
                          §
vs.                       §   Civil Action _____
                          §        (CDCS: 2024A52285)
Tracy Griffith, Sr. and Shonell Griffith, §
                          §
    Defendants.           §

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendants reside in Harris County, Texas, and may be served with process at 606 Arcadian Dr., Crosby, Texas 77532.

3. *The Debt.* The debt owed to the United States arose through a promissory note from the U.S. Small Business Administration, see Exhibit A. The debt on the date of the Certificate of Indebtedness, Exhibit B was:

   A. Current principal                                              $   19,600.00

   B. Interest (capitalized and accrued)                             $    1,301.22

   C. Administrative fees, costs, penalties                          $    7,946.68
      (Including $405.00 Filing fee)

   D. Balance due                                                    $   28,847.90

   E. Prejudgment interest accrues at 3.30% per annum being $1.77 per day.

      F.      The current principal in paragraph 3 A is after credits of $2,500.00.

4.    *Default*. The United States has demanded that the defendant pay the indebtedness, and the defendant has failed to pay it.

5.    *Prayer*. The United States prays for judgment for:

      A.      The sums in paragraph 3, pre-judgment interest, administrative costs and post-judgment interest; and

      B.      Other relief the court deems proper.

Respectfully submitted,

CERSONSKY & MCANELLY, P.C.

By: */s/ M. H. Cersonsky*
M. H. Cersonsky, TBN: 04048500
Email: mhcersonsky@law-cmpc.com
1770 St. James Place, Suite 150
Houston, Texas 77056
Telephone: (713) 600-8500
Fax: (713) 600-8585

Attorneys for Plaintiff